UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

FILED
ASHEVILLE, N. C.
AUG 2 6 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  upon the relation and<br>  for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>AN EASEMENT AND RIGHT-OF-WAY<br>OVER 2.91 ACRES OF LAND, MORE<br>OR LESS, IN CHEROKEE COUNTY,<br>NORTH CAROLINA<br><br>HIWASSEE RIVER PARTNERS, LLC,<br>  ET AL.<br>Defendants | Civil Action No. 2:05cv212 |

## ORDER OF POSSESSION

Pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114-3118 (2000 & Supp. II, 2002) (formerly codified as 40 U.S.C. §§ 258a-258e), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendants in

1

such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This 25th day of August, 2005.

_____
United States District Judge

003739399

2